UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL JAY PEREZ,

　　　　　　　　Plaintiff,

v.

CALVIN COGBURN,

　　　　　　　　Defendant.

CASE NO. C18-1800-JLR-BAT

**ORDER GRANTING REQUEST FOR EXTENSION OF PRETRIAL DEADLINES**

Plaintiff moves to extend the discovery deadline set in the Court's pretrial scheduling order (Dkt. 42) to September 20, 2019. Dkt. 43. Defendants do not oppose the motion. Dkts. 44, 45. The motion (Dkt. 43) is GRANTED and it is ORDERED that the pretrial scheduling order (Dkt. 42) is amended as follows:

- All discovery in this case must be completed by **September 20, 2019**. This includes serving responses to interrogatory questions and requests for production, and the completion of all depositions. Responses to interrogatory questions and requests for production must be served not later than30 days after service of the discovery requests. The serving party, therefore, must serve his/her discovery requests by **August 20, 2019** so that the responding party can answer by the discovery cut-off. See Rules 33(b) and 34(b)(2) of the Federal Rules of Civil Procedure.

ORDER GRANTING REQUEST FOR
EXTENSION OF PRETRIAL DEADLINES - 1

- All dispositive motions shall be filed and served on or before **October 20, 2019**.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 16th day of July, 2019.

>　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
>　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING REQUEST FOR
EXTENSION OF PRETRIAL DEADLINES - 2