UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL JAY PEREZ,

    Plaintiff,

v.

CALVIN COGBURN,

    Defendant.

CASE NO. C18-1800-JLR-BAT

**ORDER GRANTING REQUEST FOR EXTENSION OF PRETRIAL DEADLINES**

    Plaintiff moves to extend the discovery deadline set in the Court's pretrial scheduling order (Dkts. 42, 47) to November 29, 2019. Dkt. 64. Plaintiff indicates he had difficulty accessing all of his legal materials for a period of time and that this impeded his ability to pursue discovery. *Id.* The motion (Dkt. 64) is GRANTED and it is ORDERED that the pretrial scheduling order (Dkts. 42, 47) is amended as follows:

- All discovery in this case must be completed by **November 29, 2019**. This includes serving responses to interrogatory questions and requests for production, and the completion of all depositions. Responses to interrogatory questions and requests for production must be served not later than30 days after service of the discovery requests. The serving party, therefore, must serve his/her discovery requests by **October 29, 2019** so that the responding party can answer by the discovery cut-off. See Rules 33(b) and

ORDER GRANTING REQUEST FOR
EXTENSION OF PRETRIAL DEADLINES - 1

34(b)(2) of the Federal Rules of Civil Procedure.

- All dispositive motions shall be filed and served on or before **December 30, 2019**.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 19th day of September, 2019.

BRIAN A. TSUCHIDA  
United States Magistrate Judge

ORDER GRANTING REQUEST FOR
EXTENSION OF PRETRIAL DEADLINES - 2