UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL JAY PEREZ,

                    Plaintiff,

        v.

CALVIN COGBURN, et al.,

                    Defendant.

CASE NO. C18-1800-JLR-BAT

**ORDER DENYING MOTION TO COMPEL AND FOR SANCTIONS WITHOUT PREJUDICE**

Plaintiff, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, moves to compel discovery and for sanctions. Dkt. 56. By order dated September 13, 2019, this Court granted plaintiff's motion to extend the discovery deadline to November 29, 2019. Dkt. 71. Upon review of plaintiff's motion and defendants' response, it appears many of the issues raised in plaintiff's motion to compel have now been resolved, are in the process of being resolved, and/or defendants are in the process of supplementing their responses. It appears the parties have now met and conferred and have been communicating regarding these discovery issues.

In light of the extension of the discovery deadline, and the fact that the issues raised in plaintiff's motion appear to have been addressed or are in the process of being addressed in some way by defendants, plaintiff's motion to compel and for sanctions (Dkt. 56) is DENIED without prejudice. If, as discovery progresses, it appears that any of these issues will not, in fact, be

resolved between the parties, plaintiff may re-move for relief on or before **October 29, 2019**.

The Clerk shall provide a copy of this order to plaintiff.

DATED this 30th day of September, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO
COMPEL AND FOR SANCTIONS
WITHOUT PREJUDICE - 2