UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN COGBURN, et al.,<br><br>　　　　　Defendants. | CASE NO. C18-1800JLR-BAT<br><br>ORDER DENYING OBJECTION |

Before the court is Plaintiff Daniel Jay Perez's objection to Magistrate Judge Brian A. Tsuchida's order denying Plaintiff's motion for spoliation sanctions ("Objection"). (Obj. (Dkt. # 116).) Mr. Perez raised objections to the Magistrate Judge's order denying his motion for personal service and spoliation sanctions and granting his motion for docket sheet ("Order"). (Order (Dkt. # 114).) Having considered Mr. Perez's Objection, the Order, the relevant portions of the record, and the applicable law, the court finds that the Order is not "clearly erroneous or contrary to law." *See* Fed. R. Civ. P. 72(a) (establishing the standard for the district court's modification of a magistrate judge's

ORDER - 1

order regarding a nondispositive matter).  Thus, the court DENIES Plaintiff's Objection (Dkt. # 116).

Dated this 9th day of October, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2