UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN COGBURN, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-cv-01800-JLR-BAT<br><br>**ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES** |

Plaintiff, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, moves to extend the deadline for completing discovery and serving discovery requests by thirty (30) days. Dkt. 119. Plaintiff indicates he is waiting on supplemental discovery responses from defendants which he requires in order move forward with the discovery process. *Id.* He also indicates that restrictions due to COVID-19 have slowed the discovery process. *Id.* Defendants do not object to the request for extension. Dkt. 121. Plaintiff's motion is GRANTED. The pretrial scheduling order is amended as follows:

- All discovery shall be completed by **December 20, 2020**.
- All discovery requests must be served by **November 18, 2020**
- Dispositive motions must be filed by **January 16, 2021**.

//

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES - 1

1   The Clerk shall provide a copy of this order to the parties.

2   DATED this 14th day of October, 2020.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES - 2