UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN COGBURN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:18-cv-01800-JLR-BAT<br><br>**ORDER GRANTING MOTION TO RENOTE AND SUPPLEMENT** |

The Court GRANTS Plaintiff's motions to Renote (Dkt. 125) and to supplement his motion to compel discovery (Dkt 127) and ORDERS:

(1) The motion to compel discovery, Dkt. 123, is renoted for December 4, 2020. Any reply plaintiff wishes to file must be filed no later than December 4, 2020.

(2) Plaintiff's supplement to his motion to compel, Dkt. 127, shall be considered along with plaintiff's motion to compel. Dkt. 123.

The Clerk shall provide a copy of this order to the parties.

DATED this 25th day of November 2020.

　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING MOTION TO RENOTE
AND SUPPLEMENT - 1