HONORABLE JUDGE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CALVIN COGBURN, et al.,<br><br>            Defendants. | NO. 2:18-cv-01800-BAT<br><br>~~(PROPOSED)~~ ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION |

THIS MATTER having come regularly before the Court on the Stipulated Motion for Extension, the Court having reviewed the motion and other evidence submitted by the parties and being otherwise fully advised does hereby find and **ORDER**:

1. The Stipulated Motion for Extension (Dkt. 179) is **GRANTED**;

2. The Court concludes that there is good cause for extending the deadlines for the reasons outlined in the motion.

3. The schedule in this case is amended as follows:

| | Proposed dates |
|---|---|
| Limited discovery to be completed by: | February 28, 2022 |
| Dispositive motions and *Daubert* motions must be filed by: | March 7, 2022 |
| Settlement/Mediation Conference held no later than: | June 8, 2022 |

| | |
|---|---|
| In lieu of CR 16 Pretrial Statements, the parties' trial briefs including motions in limine are due: | August 29, 2022 |
| Exhibits and proposed Voir Dire questions are due: | August 29, 2022 |
| Pretrial conference scheduled in Courtroom 12A | Set as needed |
| Jury Trial, estimated trial length: 5 days | September 19, 2022 |

4. The Clerk is directed to send uncertified copies of this Order to counsel for Plaintiff and to counsel for Defendants.

DATED this 17th day of February, 2022.

*/s/ BT*

BRIAN A. TSUCHIDA
United States Magistrate Judge

Submitted by:

ROBERT W. FERGUSON
Attorney General

s/ Katherine J. Faber
KATHERINE J. FABER, WSBA #49726
Assistant Attorney General
Katie.Faber@atg.wa.gov

s/ Christopher Carney
CHRISTOPHER CARNEY, WSBA #30325
Christopher.carney@carneygillespie.com